

**ORDERED in the Southern District of Florida on March 31, 2015.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                             CASE NO.: 14-34708-AJC
AIDA MEDINA                                   CHAPTER 13
    Debtor,
_____/

ORDER GRANTING MOTION TO VALUE AND
DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY
BAYVIEW LOAN SERVICING LLC./ M&T BANK (DE #27)

THIS CASE came to be heard on March 17, 2015 upon the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property held by Bayview Loan Servicing LLC./M&T Bank* (Docket Entry #27). Based upon the Debtors' assertions made in support of the Motion, that no objections were made, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

1. The value of the debtors' real property (the "Real Property") located at 30321 SW 148th Place, Homestead FL 33033, more particularly described as:

**Legal Description: LOT 18, BLOCK 4, HOMESTEAD LAKEPARK HOMES, according to the plat thereof, as recorded Plat Book 62, at Page 5, of the Public Records of Miami-Dade County, Florida**

    is $44,058.00 at the time of filing.

2. The total of all claims secured by liens on the Real Property senior to the lien of Bayview Loan Servicing, LLC./ M&T Bank (The "Lender") is $0.00.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $44,058.00.

3. Lender has not filed a proof of claim in this case. The Trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. The claim shall be classified as a secured claim in the amount of $44,058.00 and as a general unsecured claim in the amount of $0.00 regardless of the original classification in the proof of claim as filed.

4. Lender's secured claim shall be paid during the plan by the Debtor paying principal and interest of $ 836.48 per month for months one (1) through sixty (60) at 5.25% interest, for a total of $ 50,188.80.

5. The real property may not be sold or refinanced without proper notice and further order of the court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

Submitted By:

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone


Attorney for debtor is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.