**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ **1st** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Aida E Medina** | JOINT DEBTOR: | | CASE NO.: | **14-34708** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-1987** | Last Four Digits of SS# | | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **1,123.87** for months **1** to **8** ;
  B.  $ **1,099.62** for months **9** to **20** ;
  C.  $ **1,057.95** for months **21** to **60** ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **3,750.00**  TOTAL PAID $ **2,000.00**
           Balance Due  $ **1,750.00** payable $ **87.50** /month (Months **1** to **20** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**  Arrearage on Petition Date $ _____
Address: _____  Arrears Payment $ _____ /month (Months _ to _)
Account No: _____  Regular Payment $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **M & T Bank** **Attn: Bankruptcy; 1100 Wehrle Dr 2nd Floor; Williamsville, NY 14221** **Account No:** **xxxxxxxx9812** | **Investment property: 30321 SW 148 PL Miami, FL** $ **44,058.00** | 5.25% 0% | 836.48 **65.67 $ | **1** To **60** **9** To **60** | $50,188.80 $3,414.84 $53,603.64 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**  Total Due  $ _____
       Payable  $ _____ /month (Months _ to _)  Regular Payment $ _____

Unsecured Creditors: Pay $ **50.00** /month (Months **21** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

  ****Repayment of Adminstrative expenses**

  Debtor shall maintain insurance on **30321 SW 148 PL, Miami, FL** (hereinafter "Property") and the Debtor shall provide proof of insurance within thirty (30) days of a request by Creditor made to Counsel for the Debtor. Debtor shall also timely pay (Debtor has until March 31 of each year) the real property taxes for the Property as they come due. In the event that the Debtor fails to maintain adequate insurance on the Property or fails to provide proof of same to Creditor, or if the Debtor fails to timely pay the real property taxes, it shall constitute a default under the terms of this Modified Plan and shall constitute grounds for Creditor to file a Motion for Relief From Stay due to a lack of adequate protection.

  The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s)

**shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Aida E Medina**
**Aida E Medina**
Debtor

Date:  **July 31, 2015**